638

*Youngquist,* and *Messrs. Sewall Key, Hayner D. Larson, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for respondent.

No. 309. TWIN FALLS CANAL CO. *v.* AMERICAN FALLS RESERVOIR DISTRICT No. 2. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James R. Bothwell* for petitioner. No appearance for respondent.

No. 310. MOBILE & OHIO R. CO. *v.* BROCK, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Charles B. Williams* and *Carl Fox* for petitioner. *Mr. John S. Marsalek* for respondent.

No. 311. LEIBY, ADMINISTRATRIX, *v.* PENNSYLVANIA R. CO. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. E. J. McCrossin* and *Charles Dickerman Williams* for petitioner. *Mr. Roscoe H. Hupper* for respondent.

No. 312. DONNELLY *v.* NORTHWESTERN LIFE INSURANCE CO. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William J. Berne* for petitioner. *Mr. W. T. Henry* for respondent.

No. 313. MISSOURI PACIFIC R. CO. *v.* WHELEN SPRINGS GRAVEL CO. ET AL. October 17, 1932. Petition for writ